FILED
At Albuquerque NM
JUN 3 0 2016
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2900 MCA |
| vs. | ) | 18 U.S.C. §§ 1153 and N.M. STAT. ANN. § 30-6-1(D)(2009): Abandonment or Abuse of a Child (Great Bodily Harm). |
| ELMIRA CURLEY, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about March 14, 2016, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **ELMIRA CURLY,** an Indian, did knowingly, intentionally, and negligently, and without justifiable cause, cause or permit Jane Doe, a child under the age of 18, to be placed in a situation that may have endangered the child's life or health, resulting in great bodily harm to Jane Doe.

In violation of 18 U.S.C. §§ 1153 and N.M. STAT. ANN. § 30-6-1(D)(2009).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney
6/28/2016 2:54 PM